*W. Fisher, James G. Leovy,* and *A. W. Gregg* for Pyron. *Solicitor General Thacher, Assistant Attorney General Richardson,* and *Messrs. Aubrey Lawrence, Claude R. Branch,* and *Paul D. Miller* for respondents. ■

No. 663. PERMUTIT Co. *v.* GRAVER CORPORATION. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Drury W. Cooper, Graham Sumner, Allan C. Bakewell,* and *George A. Chritton* for petitioner. *Messrs. George L. Wilkinson* and *Charles L. Byron* for respondent. ■

No. 678. SMOOT SAND & GRAVEL CORP. *v.* WASHINGTON AIRPORT, INC. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. Thomas D. Thacher, G. A. Everson, Paul W. Kear,* and *Seth W. Richardson* for petitioner. *Mr. Louis Titus* for respondent. ■

No. 720. FETTERS, U. S. MARSHAL, *v.* UNITED STATES EX REL. CUNNINGHAM. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Thacher* and *Messrs. Claude R. Branch* and *Harry S. Ridgely* for petitioner. *Messrs. Benjamin M. Golder* and *Ruby R. Vale* for respondent.

Nos. 687, 688, 689, 690. CUMBERLAND COAL Co. *v.* BOARD OF REVISION OF TAX ASSESSMENTS;
No. 691. PHILLIPS *v.* SAME;
No. 692. PIEDMONT COAL Co. *v.* SAME; and

No. 693. GREENE COUNTY COAL CO. *v.* SAME. March 9, 1931. Petition for writs of certiorari to the Supreme Court of Pennsylvania granted. *Messrs. William A. Seifert, Samuel McClay, W. J. Kyle,* and *Carl E. Glock* for petitioners. *Mr. Ambrose Bradley* for respondent.

No. 733. VIRGINIAN RAILWAY CO. *v.* CHAMBERS;
No. 734. SAME *v.* FITZGERALD; and
No. 735. SAME *v.* HYLTON. March 9, 1931. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. John R. Pendleton* and *W. H. T. Loyall* for petitioner. *Mr. Russell S. Ritz* for respondents.

No. 709. HANDY & HARMAN *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. March 16, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. William C. Breed* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key,* and *John Henry McEvers* for respondent.

No. 711. IOWA-DES MOINES NATIONAL BANK *v.* STEWART, CHAIRMAN OF THE BOARD OF SUPERVISORS; and
No. 712. CENTRAL STATE BANK *v.* SAME. March 16, 1931. Petitions for writs of certiorari to the Supreme Court of Iowa granted. *Messrs. J. G. Gamble* and *A. B. Howland* for petitioners. *Messrs. Eskil C. Carlson, Charles Hutchinson, George A. Wilson,* and *Maxwell A. O'Brien* for respondent.